IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ALAN BURDETTE and LAUREL BURDETTE, | * * | |
| Plaintiffs, | * * | |
| | * | CV 123-075 |
| v. | * * | |
| WALMART, INC., d/b/a WALMART SUPERCENTER STORE #3570, | * * * | |
| Defendant. | * * | |

## O R D E R

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 16.) All Parties signed the stipulation; thus, the Court finds dismissal proper under federal Rule of Civil Procedue 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each Party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 11th day of August, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA